1  Vanessa Waldref
   United States Attorney
2  Eastern District of Washington
   Stephanie A. Van Marter
3  Assistant United States Attorney
   Post Office Box 1494
4  Spokane, WA 99210-1494
   Telephone: (509) 353-2767
5

6           UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF WASHINGTON
7

8  UNITED STATES OF AMERICA,        | 4:24-CR-6009-MKD-1

9           Plaintiff,              | INDICTMENT

10      v.                          | Vios: 21 U.S.C. § 846
                                    |   Conspiracy to Distribute 50
11 DANNY BERNAL,                    |   Grams or More of Actual
                                    |   Methamphetamine, 400 Grams
12 ████████████████                  |   or More of Fentanyl (Count 1)
                                    |
13 ████████████████                  | 21 U.S.C. § 841(a)(1),
                                    |   (b)(1)(B)(vi) and 18 U.S.C. § 2
14 ████████████                      |   Distribution of 40 Grams or
                                    |   more of Fentanyl
15         Defendants.              |   (Counts 2, 3, 6, 7 and 8)

16                                  | 21 U.S.C. § 841(a)(1),
                                    |   (b)(1)(A)(viii) and 18 U.S.C. § 2
17                                  |   Distribution of 50 Grams or
                                    |   more of Actual
18                                  |   methamphetamine
                                    |   (Count 4)
19
                                    | 21 U.S.C. § 841(a)(1),
20                                  |   (b)(1)(A)(vi) and 18 U.S.C. § 2
                                    |   Distribution of 400 Grams or
21                                  |   more of Fentanyl
                                    |   (Count 5)

INDICTMENT – 1

|  | 21 U.S.C. § 853 |
|---|---|
|  | Forfeiture Allegations |

The Grand Jury Charges:

### COUNT 1

Beginning on a date unknown but by on or about December 2022, continuing until present day, in the Eastern District of Washington and elsewhere, the Defendants, DANNY BERNAL, ███████████████████████████ ███████████████████████████████████████████████████ ███████████ did knowingly and intentionally combine, conspire, confederate and agree together with each other and other persons, both known and unknown to the Grand Jury, to commit the following offenses: distribution of 50 grams or more of actual (pure) methamphetamine and 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), Schedule II controlled substances, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi) and (viii); all in violation of 21 U.S.C. § 846.

### COUNT 2

On or about January 12, 2023, in the Eastern District of Washington, the Defendants, DANNY BERNAL ██████████████████████████, knowingly and intentionally distributed 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]

INDICTMENT – 2

propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi) and 18 U.S.C. § 2.

COUNT 3

On or about January 25, 2023, in the Eastern District of Washington, the Defendants, DANNY BERNAL ▮▮▮▮, knowingly and intentionally distributed 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi) and 18 U.S.C. § 2.

COUNT 4

On or about February 28, 2023, in the Eastern District of Washington, the Defendants, DANNY BERNAL ▮▮▮▮, knowingly and intentionally distributed 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2.

COUNT 5

On or about April 13, 2023, in the Eastern District of Washington, the Defendants, DANNY BERNAL ▮▮▮▮, knowingly and intentionally distributed 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide

INDICTMENT – 3

(a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi) and 18 U.S.C. § 2.

## COUNT 6

On or about June 28, 2023, in the Eastern District of Washington, the Defendants, DANNY BERNAL ███████████████, knowingly and intentionally distributed 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi) and 18 U.S.C. § 2.

## COUNT 7

On or about August 16, 2023, in the Eastern District of Washington, the Defendants, DANNY BERNAL ███████████████, knowingly and intentionally distributed 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi) and 18 U.S.C. § 2.

## COUNT 8

On or about March 15, 2024, in the Eastern District of Washington, the Defendants, DANNY BERNAL ███████████████, knowingly and intentionally distributed 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-

INDICTMENT – 4

piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi) and 18 U.S.C. § 2.

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. § 841, as set forth in this Indictment, Defendants, DANNY BERNAL, ███████████████████████████████████████████████████████████████, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

If any forfeitable property, as a result of any act or omission of the Defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

//

//

INDICTMENT – 5

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this _____ day of May 2024.

A TRUE BILL

_____
Foreperson

_____
Vanessa Waldref
United States Attorney

_____
Stephanie A. Van Marter
Assistant United States Attorney

INDICTMENT – 6